The People of the State of New York, Respondent, v William I. Turner, Also Known as "T," Appellant. [744 NYS2d 924] —Appeal from a judgment of Erie County Court (Drury, J.), entered August 16, 2000, convicting defendant upon his plea of guilty of, inter alia, murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v*

*Hidalgo,* 91 NY2d 733, 737). Present—Green, J.P., Hayes, Wisner, Burns and Lawton, JJ.